## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:                                                     CASE NO.: 8:16-bk-03043-CPM
                                                                         CHAPTER 7

Robert Joseph Smilanich, Jr.,

  Debtor,

Karyn Dianne Smilanich,

  Joint Debtor.

_____/

### PROOF AND CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 7, 2016, I electronically served a true and correct copy of Order Granting Motion For Relief From Stay of Creditor Federal National Mortgage Association, Document No. 32, with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing was served on this day by either United States Mail or electronic mail through the CM/ECF system to the parties listed below:

GARY H BAKER, PA
2963 GULF TO BAY BLVD.
SUITE 100
CLEARWATER, FL  33759

ROBERT JOSEPH SMILANICH, JR
3135 ALLEN AVE.
SAFETY HARBOR, FL  34695

KARYN DIANNE SMILANICH
3135 ALLEN AVE.
SAFETY HARBOR, FL  34695

CHRISTINE L HERENDEEN
PO BOX 152348
TAMPA, FL  33684

  

UNITED STATES TRUSTEE - TPA7/13  
TIMBERLAKE ANNEX, SUITE 1200  
501 E POLK STREET  
TAMPA, FL  33602  

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.  
Attorney for Secured Creditor  
6409 Congress Ave., Suite 100  
Boca Raton, FL 33487  
Telephone: 561-241-6901  
Facsimile: 561-997-6909  

By: /s/ Iris Kwon_____  
   Iris Kwon, Esquire  
   Email: ikwon@rasflaw.com