UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                    Case No. 8:16-bk-03043-CPM

ROBERT JOSEPH SMILANICH, JR,                              Chapter 7
KARYN DIANNE SMILANICH,

    Debtors.
_____/

**NOTICE OF ADDRESS CHANGE FOR DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE, FOR BOSCO CREDIT VI
TRUST SERIES 2012-1 – CLAIM # 3**

Deutsche Bank National Trust Company, as Trustee, for Bosco Credit VI Trust Series 2012-1, by and through undersigned counsel, hereby files a Notice of Change of Address with regards to Claim # 3. Payments should be sent to the following address:

**Franklin Credit Management Corp.
PO Box 829629
Philadelphia, PA 19182-9629**

Notices should be sent to the following address:

**Franklin Credit Management Corporation
101 Hudson Street, 25th, Floor
Jersey City, NJ 07302**

    McCalla Raymer Leibert Pierce, LLC

By:    /s/ *Ashley Prager Popowitz*
Ashley Prager Popowitz
Agent for Creditor
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: (754) 263-1065
Fax: (754) 263-1065
Email: ashley.popowitz@mccalla.com